UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL BUINGA VUVU MANUEL,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; DAVID T. WESLING, Field Office Director, ICE Enforcement and Removal Operations; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Attorney General of the United States,<br><br>Respondents. | CIVIL ACTION NO. 26-cv-14253-WGY |

YOUNG, D.J. November 23, 2026

**ORDER**

The Court has reviewed Petitioner Samuel Buinga VuVu Manuel's ("Petitioner") Motion to Alter or Amend Judgment and Reopen Habeas Proceeding ("Motion"), ECF No. 15, Memorandums in Support of the Motion, ECF Nos. 16 and 17, and Respondents' Opposition to the Motion ("Opp."), ECF No. 18.

On September 16, 2026, Petitioner filed a petition for writ of habeas corpus ("Petition"), ECF No. 1, with the Court. On or about September 25, 2026, Petitioner was released from ICE

custody on an Order of Supervision. ECF No. 12 at 1. Thereafter, on October 5, 2026, the Court dismissed the Petition as moot and vacated its protective orders. ECF No. 13. Four days later, the Petitioner was detained again by Respondents. ECF No. 16 at 1-3. On October 9, 2026, Petitioner filed a second Petition for Writ of Habeas Corpus with this Court. See Vuvu Manuel v. Moniz, No. 26-cv-14602-WGY, ECF No. 1 (D. Mass. Oct. 9, 2026). The matter was subsequently dismissed for lack of jurisdiction. Id., No. 26-cv-14602-WGY, ECF No. 13.

After careful review, the Court agrees with Respondents that the Petition in this matter became moot upon Petitioner's release from custody on September 25, 2026. Opp. at 3. Accordingly, the Petitioner's Motion, ECF No. 15, is **DENIED** without prejudice.

**SO ORDERED.**

William G. Young

WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.